IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD MADRIGAL, et al.,

    Plaintiffs,

v.

ONEWEST BANK, et al.,

    Defendants

No. 09-3436 MMC

**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT UNITED FINANCIAL MORTGAGE CORPORATION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE**

"If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified period . . . ." Fed. R. Civ. P. 4(m).

On July 27, 2009, plaintiffs filed the instant action. To date, plaintiff has not filed proof of service of the summons and complaint upon defendant United Financial Mortgage Corporation ("United Financial"). Pursuant to Rule 4(m), plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than December 23, 2009, why plaintiffs' claims against United Financial should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: December 3, 2009

                                  MAXINE M. CHESNEY
                                  United States District Judge