IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD MADRIGAL, et al.,

    Plaintiffs,

  v.

ONEWEST BANK, et al.,

    Defendants
                                   /

No. C 09-3436 MMC

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT UNITED FINANCIAL MORTGAGE CORPORATION**

    By order filed December 3, 2009, the Court ordered plaintiffs to show cause, in writing and no later than December 23, 2009, why their claims against defendant United Financial Mortgage Corporation should not be dismissed for failure to serve said defendant within the time required by Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not filed a response to the Court's order within the time specified therein.

    Accordingly, plaintiffs' claims against United Financial Mortgage Corporation are hereby DISMISSED without prejudice. See Fed. R. Civ. P. 4(m).

    **IT IS SO ORDERED.**

Dated: December 28, 2009

MAXINE M. CHESNEY
United States District Judge