1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MADRIGAL, an individual, and TERESA MADRIGAL, an individual;<br><br>   Plaintiffs,<br><br>vs.<br><br>ONEWEST BANK as successor by acquisition of IndyMac Federal Bank, a California Corporation; UNITED FINANCIAL MORTGAGE CORPORATION, a California Corporation and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.  CV-09-3436 MMC<br>*Assigned for all purposes to the Honorable Maxine M. Chesney*<br><br>**[PROPOSED]** **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><s>Hearing</s><br>Date: <s>January 29, 2010</s><br>Time: <s>10:30 AM</s><br>Ctrm: 7 |

Upon consideration of the Defendant ONEWEST BANK, FSB's Request to Continue Case Management Conference, and for good cause showing, **THE COURT ORDERS AS FOLLOWS:**

///

///

1

[PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1   The Case Management Conference presently scheduled for January 29, 2010 at 10:30
2   AM is continued to  April 9, 2010   at 10:30 AM in courtroom 7 of the above-captioned
3   Court.  A Joint Case Management Statement shall be filed no later than April 2, 2010.
4   **IT IS SO ORDERED.**

Date: January 27, 2010

The Honorable U.S. District Court Judge

[PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE