IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD MADRIGAL, et al.,

        Plaintiffs,

  v.

ONEWEST BANK, et al.,

        Defendants.
                                          /

No. CV-09-3436 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the motion to dismiss is hereby GRANTED, and the First Amended Complaint is, as against OWB, hereby DISMISSED with prejudice and without leave to amend.

Dated: February 10, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk